

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2014

No. 04-14-00251-CV

Gloria **SANCHEZ**,
Appellant

v.

**WELLS FARGO BANK N.A.**, Bruce Neyland, et. al.,
Appellees

From the County Court, Wilson County, Texas
Trial Court No. CV-03862
Honorable Marvin Quinney, Judge Presiding

## O R D E R

The clerk's record was due to be filed with this court by April 21, 2014. *See* TEX. R. APP. P. 35.1. On June 10, 2014, the Bexar County district clerk notified this court that Appellant has failed to pay the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

Therefore, we ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. If Appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court